UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

GREGORY G. PHILLIPS,

            Petitioner,

   vs.

COWLITZ COUNT SUPERIOR
COURT,


          Respondent.

NO.  CV-10-417-CI

**ORDER ADOPTING REPORT AND
RECOMMENDATION AND TRANSFERRING
PETITION TO WESTERN DISTRICT OF
WASHINGTON**

    Magistrate Judge Imbrogno filed a Report and Recommendation on December 1, 2010, recommending Mr. Phillips's habeas corpus petition be transferred to the Western District of Washington.  There being no objections, the Court **ADOPTS** the Report and Recommendation.

    Therefore, **IT IS ORDERED** this action is **TRANSFERRED** to the United States District Court for the Western District of Washington.  No determination has been made regarding Petitioner's request to proceed without pre-payment of fees.

    **IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, and forward a copy to Petitioner.  The District Court Executive is further directed to forward this file with a copy of this

ORDER ADOPTING REPORT AND RECOMMENDATION & TRANSFERRING PETITION -- 1

1   Order to the Clerk of the United States District Court for the Western

2   District of Washington and close the file in this district.

3          **DATED** this   20th   day of December 2010.

4

5                              S/ Edward F. Shea
                          _____
6                              EDWARD F. SHEA
                          United States District Judge

7   Q:\Civil\2010\10cv417ci-12-17-adptrwdwa.wpd

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   ORDER ADOPTING REPORT AND RECOMMENDATION & TRANSFERRING PETITION -- 2