# United States District Court

WESTERN DISTRICT OF WASHINGTON

GREGORY G. PHILLIPS,

                v.

COWLITZ COUNTY SUPERIOR COURT.

JUDGMENT IN A CIVIL CASE

CASE NO. C10-5933RJB

____    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)    The Court adopts the Report and Recommendation (Dkt. 12).

(2)    The petition is DISMISSED WITHOUT PREJUDICE for failure to respond to a court order and failure to show the issue raised is exhausted.

(3)    In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED with respect to all claims asserted by petitioner in his habeas petition.

| March 15, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

                                                *s/ Mary Trent*
                                                Deputy Clerk